UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAFAELA HERNANDEZ, | ) | Case No. CV 07-5784-PJW |
| | ) | |
| Plaintiff, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the case is remanded for further proceedings consistent with the Memorandum Opinion and Order filed this day.

DATED:      1/6/09      .

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\HERNANDEZ, R 5784\judgment.wpd